# United States District Court
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No: 06-CR-100

ALVIN FOUSE, JR.,
ALVIN FOUSE, III, and
MARIO GARCIA,

    Defendants.

## COURT MINUTES
## HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | February 2, 2007 |
| Proceeding: | Pretrial Conference    Deputy Clerk: Kris Wilson |
| FTR Start Time: | 10:45:19 a.m.    FTR End Time: 11:05:52 a.m. |
| | 11:07:39 a.m.                            11:12:47 a.m. |
| Appearances: | Plaintiff: Assistant U.S. Attorney Mario F. Gonzales |
| | Defendants: Mark F. Nielsen with Mario Garcia, John W. Campion with Alvin Fouse, Jr., and Patrick K. Cafferty with Alvin Fouse, III |
| Disposition: | Court ADOPTS the Magistrate Judge's Report and Recommendation as it is not contrary to law. [120] |
| | Motions to Suppress Evidence filed by the Fouse defendants are DENIED. [96, 97 and 106] |
| | Motion to Supress Statements filed by defendant Fouse, III, is GRANTED. [103] |
| | Parties await DNA and fingerprint analysis. Court grants joint request to adjourn the jury trial scheduled for February 12, 2007. Instead trial will commence on the alternate date of February 26, 2007. |
| Notes: | Superseding Indictment has been filed. |
| | Court grants leave for Fouse defendants to file Motion to Sever. Supporting briefs will be filed by February 6, 2006; Government will respond by February 9, 2007. |
| | Court extends the filing deadline for the joint final pretrial report to February 5, 2007; and the plea notification deadline to February 16, 2007. |